335 A.2d 351

**FRED E. YOUNG, INC.**

v.

**Sterling J. MATHIEU and Rita L. Mathieu, his wife, Appellants.**

Supreme Court of Pennsylvania.

Argued Jan. 14, 1975.

Decided April 17, 1975.

Amos Davis, Altoona, for appellants.

T. Dean Lower, Hollidaysburg, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to pay own costs.

NIX, J., did not participate in the consideration or decision of this case.